UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DENNIS MINTUN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CORIZON MEDICAL SERVICES; P.A. KAREN BARRETT; N.P. JANE SEYS; and RONA SIEGERT,<br><br>　　　　　Defendants. | Case No. 1:16-cv-00367-DCN<br><br>**JUDGMENT** |

In accordance with the Order of Dismissal filed this day, IT IS ORDERED, ADJUDGED, and DECREED that this entire case is DISMISSED without prejudice and closed.

DATED: February 22, 2018

_____
David C. Nye
U.S. District Court Judge